NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STATE OF FLORIDA,                    )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case Nos. 2D18-2308
                                     )                    2D18-2328
JOHN EDWARD SIMPSON,                 )                    2D18-2330
                                     )                    2D18-2331
          Appellee.                  )
_____ )                CONSOLIDATED

Opinion filed August 30, 2019.

Appeals from the Circuit Court for
Pinellas County; William H. Burgess, III,
Judge.

Ashley Moody, Attorney General,
Tallahassee, and Blain A. Goff,
Assistant Attorney General,
Tampa, for Appellant.

Donald J. Kilfin of The Kilfin Law Firm,
P.C., St. Petersburg, and Marc F.
Plotnick of Plotnick Law, P.A., St.
Petersburg, for Appellee.


PER CURIAM.


          Affirmed.


NORTHCUTT, LUCAS, and SALARIO, JJ., Concur.